IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| **MELVIN ELISANDRO ESCOBAR-ARAUZ,**  Petitioner, § § § § | |
| § | EP-25-CV-00619-DB |
| v. § § § | |
| **KRISTI NOEM,** *Secretary, U.S. Department of Homeland Security, et al.,*  Respondents. § | |

## **FINAL JUDGMENT**

On this day, the Court considered the above-captioned case. On December 10, 2025, this Court issued a "Memorandum Opinion and Order," ECF No. 7, granting in part Petitioner Melvin Elisandro Escobar-Arauz's "Petition for Writ of Habeas Corpus and Complaint for Declaratory and Injunctive Relief," ECF No. 1, filed on December 4, 2025. Therein, this Court asserted jurisdiction over the instant matter, and found Petitioner has established a violation of the Fifth Amendment's Due Process Clause as applied to him. Accordingly, the Court ordered Respondents to give Petitioner a bond hearing before an immigration judge at which the government shall bear the burden of justifying, by clear and convincing evidence, the dangerousness or flight risk for Petitioner's continued detention, or release Petitioner from custody under reasonable conditions of supervision during the pendency of his removal proceedings.

On December 23, 2025, Respondents filed a "Joint Notice to the Court," ECF No. 11, advising the Court "[t]he parties are in agreement petitioner posted bond and was released from ICE custody. Parties conferred and are in further agreement there are no issues or matters pertaining to this case to be resolved." *Id.*  Because no live issues remain, the Court enters final judgment in accordance with Federal Rule of Civil Procedure 58.

Accordingly, **IT IS HEREBY ORDERED** that District Clerk **SHALL CLOSE** this case.

**SIGNED** this **6th** day of **January 2026**.

_____
THE HONORABLE DAVID BRIONES
SENIOR UNITED STATES DISTRICT JUDGE